```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

        Plaintiff,

-against-

SKYFI CAPITAL PARTNERS INC., *et al.*,

        Defendants.

25-CV-7108 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

According to the docket, each defendant was served between September 3 and September 5, 2025 (Dkts. 9, 11, 12, 17, 19, 20, 21), making their answers due no later than September 26, 2025. Though that date has come and gone, only defendant JPMorgan Chase Bank, N.A. (Chase) has appeared in this case. On September 23, 2025, Chase made a timely motion to extend its time to answer to October 24, 2025, which the Court subsequently granted. (Dkt. 26.)

In the interest of streamlining these proceedings, the Court hereby *sua sponte* extends the remaining defendants' time to answer or otherwise respond to the complaint to **October 24, 2025**.

It is hereby ORDERED that, if the remaining defendants have not answered or otherwise responded to the complaint by that date, plaintiff must either file a stipulation granting them additional time or apply for entry of default.

Finally, plaintiff must mail a copy of this letter to each defendant's last known address.

Dated: New York, New York
      October 6, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
United States Magistrate Judge