USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/08/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

      Plaintiff,

-against-

SKYFI CAPITAL PARTNERS INC., et al.,

      Defendants.

25-CV-7108 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

I am in receipt of plaintiff's letter (Dkt. 82), which I construe as a request for an update on the timing of a report and recommendation regarding the undecided motions to dismiss (Dkts. 30 and 54), motion to compel (Dkt. 73), and motions to vacate default (Dkts. 69 and 80). I expect to issue a report and recommendation on these outstanding motions in the third quarter of 2026.

Dated: New York, New York
      June 8, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**