UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

Plaintiff,

v.

SKYFI CAPITAL PARTNERS, INC., ET AL.,

Defendants.

25 Civ. 7108 (DEH) (BCM)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Poonam Keswani, proceeding pro se, asserts various claims against Defendants SkyFi Capital Partners, Inc. ("SkyFi"), JPMorgan Chase Bank, N.A. ("Chase"), a New York State court clerk, a law office, and various associated individuals. On October 24, 2025, Chase filed a motion to dismiss the claims against it. *See* ECF No. 30. On November 26, 2025, Defendants SkyFi, Seth Buttress, and Katherine Kim (collectively, "SkyFi Defendants") filed a motion to dismiss the claims against them. *See* ECF No. 54. On January 7, 2026, Plaintiff Keswani filed a motion styled as a motion to compel Chase to reopen and restore access to her accounts. *See* ECF No. 73. On September 8, 2026, Magistrate Judge Moses issued a Report and Recommendation (the "Report"), recommending that Chase's motion to dismiss be granted, the SkyFi Defendants' motion to dismiss be granted, and Keswani's motion (construed as a motion for a preliminary injunction) be denied. *See* ECF No. 84. The deadline to file objections to the Report was September 28, 2026. As of the date of this Order, there have been no objections filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."

*Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Plaintiff's complaint does not plausibly state any federal claim for relief against any of the moving defendants, and the Court lacks supplemental jurisdiction over any state-law claims that may have been sufficiently pleaded. *See* Report at 17-31. Accordingly, Chase's and the SkyFi Defendants' motions to dismiss are **GRANTED**. Keswani's motion to compel Chase to restore access to accounts is **DENIED**.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the address listed on the docket.

The Clerk of Court is further respectfully directed to terminate ECF Nos. 30, 54, and 73.

SO ORDERED.

Dated: September 29, 2026
New York, New York

DALE E. HO
United States District Judge