USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POONAM KESWANI,

Plaintiff,

-against-

SKYFI CAPITAL PARTNERS INC., *et al.*,

Defendants.

25-CV-7108 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 10, 2026, this Court issued an order (Dkt. 85) vacating certificates of default against defendants Steven Zakharyayev, the Law Offices of Steven Zakharyayev, PLLC (the Zakharyayev Defendants), and Jamie Romeo (collectively, the Defaulted Defendants). The Court ordered the Defaulted Defendants to "answer or otherwise respond to the Complaint within thirty days after the District Judge has ruled on the non-defaulted defendants' [then-pending] motions to dismiss." *Id.* at 8. On September 29, 2026, the District Judge granted the motions to dismiss (Dkt. 86), making the Defaulted Defendants' deadline to answer or respond October 29, 2026. That date has come and gone, and, although the Zakharyayev Defendants filed a motion to dismiss on October 26, 2026, Romeo has not filed any answer or response.

The Court *sua sponte* EXTENDS Romeo's deadline to answer or respond to the complaint to **November 16, 2026**. In the interest of streamlining these proceedings, plaintiff's deadline to oppose the Zakharyayev Defendants' motion to dismiss, along with any motion to dismiss filed by Romeo, is EXTENDED to **November 30, 2026**.

Dated: New York, New York
November 2, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**